# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1403**

**CAF 10-01293**

PRESENT: SMITH, J.P., FAHEY, CARNI, SCONIERS, AND GORSKI, JJ.

---

IN THE MATTER OF KYRAH A.J.S.

------------------------------------------------

NIAGARA COUNTY DEPARTMENT OF SOCIAL SERVICES,                    ORDER
PETITIONER-RESPONDENT;

LEONARD S., RESPONDENT-APPELLANT.

---

PATRICIA M. MCGRATH, LOCKPORT, FOR RESPONDENT-APPELLANT.

SUSAN M. SUSSMAN, NIAGARA FALLS, FOR PETITIONER-RESPONDENT.

TIMOTHY D. HASELEY, ATTORNEY FOR THE CHILD, LOCKPORT, FOR KYRAH A.J.S.

---

Appeal from an order of the Family Court, Niagara County (John F. Batt, J.), entered May 20, 2010 in a proceeding pursuant to Social Services Law § 384-b. The order, among other things, transferred guardianship and custody of the subject child to petitioner.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered:  December 23, 2011                    Frances E. Cafarell
                                               Clerk of the Court